BUTLER v. STATE.

(Court of Criminal Appeals of Texas. Jan. 29, 1913.)

BAIL (§ 65*)—RECOGNIZANCE ON APPEAL—RECITALS.

The recognizance not stating, as required by the statute, the amount of the punishment, the appeal must, on motion, be dismissed.

[Ed. Note.—For other cases, see Bail, Cent. Dig. § 285; Dec. Dig. § 65.*]

Appeal from Rains County Court; O. H. Rodes, Judge.

R. P. Butler appeals from a conviction. Dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. On motion of the Assistant Attorney General, the appeal in this case must be dismissed. The recognizance is insufficient, in that it fails to state the amount of the punishment. The statute requires that this shall be done.

For the reason indicated, the motion to dismiss the appeal is sustained.